UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENCODITECH LLC,  20 Civ. 6988 (JGK)

        Plaintiff,  ORDER

  - against -

LIONEL LLC,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by December 11, 2020.

SO ORDERED.

Dated:    New York, New York
           November 30, 2020

                             /s/ John G. Koeltl
                                John G. Koeltl
                      United States District Judge