# RABICOFF LAW LLC

73 W MONROE ST  (773) 669 4590
CHICAGO, IL 60603  ISAAC @ RABILAW.COM

**VIA ECF**

December 9, 2020

Honorable John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Encoditech LLC v. Lionel LLC,* **Civil Action No.: 1:20-cv-06988-JGK (S.D.N.Y.)**

Dear Judge Koeltl,

    I represent Plaintiff Encoditech LLC ("Plaintiff") in the above-referenced action. Plaintiff seeks to continue the deadline to file a Rule 26(f) report in this matter, currently set for December 11, 2020, for an additional thirty (30) days to January 11, 2021, or such other later date as is convenient for the Court. Defendant Lionel LLC ("Defendant") consents thereto.

    The Parties are attempting to resolve this case. This is the first request of this nature. Granting this request will not alter the date of any other event or deadline already fixed by Court order. This request is not for the purposes of delay.

    Accordingly, Plaintiff respectfully requests that the Court grant this request, continuing the deadline to file a Rule 26(f) report.

    We appreciate the Court's consideration of this request.

```
Application granted.

SO ORDERED.

New York, New York    /s/ John G. Koeltl
December 10, 2020     John G. Koeltl, U.S.D.J.
```

| | |
|---|---|
| Dated: December 9, 2020 | Respectfully submitted, |
| **RABICOFF LAW LLC** | **FISH & RICHARDSON P.C.** |
| */s/ Isaac Rabicoff* <br> Isaac Rabicoff <br> RABICOFF LAW LLC <br> 73 W Monroe St <br> Chicago, IL 60603 <br> 773-669-4590 <br> isaac@rabilaw.com <br><br> **Counsel for Plaintiff Encoditech LLC** | */s/ Noel F. Chakkalakal* <br> Noel F. Chakkalakal <br> FISH & RICHARDSON <br> 1717 Main Street <br> Suite 5000 <br> Dallas, TX 75201 <br> 214-747-5070 <br> Fax: 214-747-5070 <br> Email: chakkalakal@fr.com <br><br> Neil J. McNabnay <br> FISH & RICHARDSON P.C. (Dallas) <br> 1717 Main Street, Suite 5000 <br> Dallas, TX 75201 <br> (214) 747-5070 <br> Fax: (214) 747-2091 <br> Email: mcnabnay@fr.com <br><br> Excylyn Janaize Hardin-Smith <br> FISH & RICHARDSON <br> 7 Times Square, 20th Floor <br> New York, NY 10036 <br> 646-346-9100 <br> Email: hardin-smith@fr.com <br><br> Ricardo Bonilla <br> FISH & RICHARDSON P.C. (Dallas) <br> 1717 Main Street, Suite 5000 <br> Dallas, TX 75201 <br> (214)-747-5070 <br> Fax: (214)-747-2091 <br> Email: rbonilla@fr.com <br><br> **Counsel(s) for Defendant Lionel LLC** |