# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Encoditech LLC,** | Case No. 1:20-cv-06988-JGK |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Lionel LLC,** | |
| Defendant. | |

## ORDER GRANTING DISMISSAL

The request to dismiss this matter is hereby GRANTED. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk is directed to close this case.

Date: January 7, 2021

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.